**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 CV 7263 |
| MALKO ELECTRICAL COMPANY an Illinois Corporation , and I. STEVEN DIAMOND, Individually, | ) ) ) ) ) | Judge: Bucklo  Mag. Judge Valdez |
| Defendants. | ) | |

## RULE 41(a)(1) DISMISSAL

Plaintiffs, by and through their attorneys, JOHN F. ETZKORN and ARNOLD AND KADJAN, pursuant to the provisions for Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby give notice of the dismissal of this cause, as to Defendants MALKO ELECTRICAL COMPANY an Illinois Corporation , and I. STEVEN DIAMOND, Individually, without prejudice and costs.

        Respectfully submitted,
        ARNOLD AND KADJAN

        By:   s/ John F. Etzkorn

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415