# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the N.E.C.A. − IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds

Plaintiff,

v.

Case No.: 1:07−cv−07263

Honorable Elaine E. Bucklo

Malko Electrical Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

MINUTE entry before Judge Elaine E. Bucklo : Pursuant to Notice of Dismissal, this action is dismissed without prejudice. Status hearing set for 2/22/08 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.